IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| MDU Resources Group, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION TO** |
| | ) | **AMEND SCHEDULING/DISCOVERY PLAN** |
| vs. | ) | |
| | ) | |
| Sheridan Electric Cooperative, Inc., | ) | Case Number: 1:08-cv-016 |
| | ) | |
| Defendant. | ) | |

On October 29, 2008, the parties filed a Stipulation to Amend Scheduling/Discovery Plan. The seek to amend the Scheduling/Discovery Plan in order to better coordinate the discovery in this case with the discovery schedule in the primary case filed in the Montana State District Court, <u>Ming v. MDU Resources Group, Inc., et al.</u>, Case No. DV-08-24.

The court **ADOPTS** the parties stipulation (Docket No. 16). The deadline for expert disclosure as set forth in the Scheduling/Discovery Plan shall be amended as follows:

1. Plaintiff will serve its expert(s) and report(s) on or prior to February 17, 2009, and the Defendant will serve its expert(s) and report(s) by March 20, 2009.

2. Each side shall take no more than 20 discovery depositions in this case. Included within this number will be depositions taken by either party of the other party's current and former employees in the <u>Ming</u> case if the deposition was attended by counsel for both parties. The parties shall be entitled to use these employee depositions for all purposes in the federal court action in order to avoid duplication and unnecessary expense.

**IT IS SO ORDERED.**

Dated this 30th day of October, 2008.

                */s/ Charles S. Miller, Jr.*
                Charles S. Miller, Jr.
                United States Magistrate Judge