## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| MDU Resources Group, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Sheridan Electric Cooperative, Inc., | ) | Case No. 1:08-cv-016 |
| | ) | |
| Defendant. | ) | |

___

On March 19, 2009, the parties file a Stipulation to Amend Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 21). The Scheduling/Discovery Plan shall be amended as follows:

1. Defendant will service its expert(s) and reports by April 29, 2009.

2. The parties shall have until May 29, 2009, to complete expert witness depositions.

3. The parties shall have until June 29, 2009, to file dispositive motions.

**IT IS SO ORDERED.**

Dated this 20th day of March, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge