**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| MDU Resources Group, Inc., ) | |
| ) | **ORDER OF DISMISSAL** |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 1:08-cv-016 |
| Sheridan Electric Cooperative, Inc., ) | |
| ) | |
| Defendant. ) | |

Before the Court is a "Stipulation for Dismissal" filed on June 9, 2009. The Court **ADOPTS** the stipulation in its entirety (Docket No. 23) and **ORDERS** the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 10th day of June, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court